**FOR PUBLICATION**

```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS & ST. JOHN
```

|  |  |
|---|---|
| IN RE: JADE MANAGEMENT SERVICES, d/b/a CROWN MOUNTAIN WATER SERVICES,<br><br>      Appellant. | Civil No. 2005-148<br><br>Re: Bankr. No. 02-00032 |

**APPEARANCES:**

**Benjamin A. Currence, Esq.**
St. Thomas, U.S.V.I.
   *For Jade Management Services, d/b/a Crown Mountain Water Services,*

**Carol A. Rich, Esq.**
St. Thomas, U.S.V.I.
   *For Nancy D'Anna, Esq.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the appeal of Jade Management Services, d/b/a Crown Mountain Water Services ("Jade") from the Bankruptcy Division's September 8, 2005, order awarding attorneys' fees and costs to Nancy D'Anna, Esquire. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the September 8, 2005, order is **AFFIRMED**.

\

```
                          S_____
                                  Curtis V. Gómez
                                    Chief Judge
```